SPINELLI, DONALD & NOTT
A Professional Corporation
Ross R. Nott (SBN: 172235)
Alison W. Winter (SBN 251084)
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

Attorneys for Defendant
Monument Security, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N'KAYLA BARNES,<br><br>        Plaintiff,<br><br>vs.<br><br>MONUMENT SECURITY, INC. AND JETRO HOLDINGS, LLC,<br><br>        Defendants. | Case No.: C-16-3281-MMC<br><br>**DEFENDANT MONUMENT SECURITY, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: 6/14/16 |

Defendant MONUMENT SECURITY, INC. hereby submits the following answer to Plaintiff's Complaint.

## RESPONSE TO PRELIMINARY STATEMENT

Answering Plaintiff's Preliminary Statement, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## RESPONSE TO JURISDICTION

1. Answering Paragraph 1 of Plaintiff's Complaint, Defendant admits that jurisdiction is proper.

2. Answering Paragraph 2 of Plaintiff's Complaint, Defendant admits that supplemental jurisdiction is proper.

3. Answering Paragraph 3 of Plaintiff's Complaint, Defendant admits that the Court has

1  authority to grant declaratory relief.

## RESPONSE TO INTRADISTRICT ASSIGNMENT AND VENUE

4. Answering Paragraph 4 of Plaintiff's Complaint, Defendant admits that venue is proper.

## RESPONSE TO THE PARTIES

5. Answering Paragraph 5 of Plaintiff's Complaint, Defendant admits on information and belief that the plaintiff party is properly asserted.

6. Answering Paragraph 6 of Plaintiff's Complaint, Defendant admits that it is a California corporation whose principal place of business is located in McClellan, California. Defendant denies that it acted as an agent of Defendant Jetro.

7. Answering Paragraph 7 of Plaintiff's Complaint, Defendant admits that it provides security and loss prevention services to businesses, home owner associations, property management companies, distribution centers, executives and corporations throughout the State of California and Alameda County. Defendant denies that it provides services to government agencies.

8. Answering Paragraph 8 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9. Answering Paragraph 9 of Plaintiff's Complaint, Defendant admits that it is an employer covered by Title VII of the Civil Rights Act of 1964 and the California FEHA, employs at least 15 full or part-time employees for each working day of each of 20 or more calendar weeks in the current or preceding year. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## RESPONSE TO FACTS COMMON TO ALL CAUSES OF ACTION

10. Answering Paragraph 10 of Plaintiff's Complaint, Defendant admits that Plaintiff was employed by Monument, hired on June 16, 2014, supervised by Charles Merritt, and reported to Defendant's Oakland office. As to the remaining allegations, Defendant denies.

11. Answering Paragraph 11 of Plaintiff's Complaint, Defendant admits the allegations.

12. Answering Paragraph 12 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

13. Answering Paragraph 13 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**RESPONSE TO PRIOR COMPLAINTS AGAINST LANELL MOORE**

14. Answering Paragraph 14 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 15 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16. Answering Paragraph 16 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 17 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18. Answering Paragraph 18 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**RESPONSE TO SEXUAL HARASSMENT AND RETALIATION AGAINST PLAINTIFF**

19. Answering Paragraph 19 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

20. Answering Paragraph 20 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

21. Answering Paragraph 21 of Plaintiff's Complaint, Defendant is without sufficient

knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

22. Answering Paragraph 22 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23. Answering Paragraph 23 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24. Answering Paragraph 24 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

25. Answering Paragraph 25 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26. Answering Paragraph 26 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27. Answering Paragraph 27 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

28. Answering Paragraph 28 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

29. Answering Paragraph 29 of Plaintiff's Complaint, Defendant admits.

30. Answering Paragraph 30 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

31. Answering Paragraph 31 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

32. Answering Paragraph 32 of Plaintiff's Complaint, Defendant admits.

33. Answering Paragraph 33 of Plaintiff's Complaint, Defendant denies each and every

allegation contained therein.

34. Answering Paragraph 34 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35. Answering Paragraph 35 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

36. Answering Paragraph 36 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

37. Answering Paragraph 37 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

38. Answering Paragraph 38 of Plaintiff's Complaint, Defendant admits that June 6, 2015 was the last date on which Plaintiff worked at Restaurant Depot.

39. Answering Paragraph 39 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

40. Answering Paragraph 40 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

41. Answering Paragraph 41 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

42. Answering Paragraph 42 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

43. Answering Paragraph 43 of Plaintiff's Complaint, Defendant denies that Plaintiff was actually and constructively discharged by Defendant because Defendant would not reassign her to work at a location other than Restaurant Depot and no longer scheduled Plaintiff to work any hours. As to all other allegations, Defendant is without sufficient knowledge or information to form

a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

### RESPONSE TO OTHER AVAILABLE WORK LOCATIONS

44. Answering Paragraph 44 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

45. Answering Paragraph 45 of Plaintiff's Complaint, Defendant admits.

46. Answering Paragraph 46 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

47. Answering Paragraph 47 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

48. Answering Paragraph 48 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

### RESPONSE TO PLAINTIFF'S REQUEST FOR HER EMPLOYMENT RECORDS

49. Answering Paragraph 49 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

50. Answering Paragraph 50 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

### RESPONSE TO EXHAUSTION OF ADMINISTRATIVE REMEDIES

51. Answering Paragraph 51 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

52. Answering Paragraph 52 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

53. Answering Paragraph 53 of Plaintiff's Complaint, Defendant is without sufficient

1  knowledge or information to form a belief as to the truth of the allegations contained in said
2  paragraph, and on that basis denies each and every allegation contained therein.

3      54.   Answering Paragraph 54 of Plaintiff's Complaint, Defendant is without sufficient
4  knowledge or information to form a belief as to the truth of the allegations contained in said
5  paragraph, and on that basis denies each and every allegation contained therein.

**RESPONSE TO FIRST CAUSE OF ACTION: Hostile Environment Sex Harassment**

55. Answering Paragraph 55 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-54 are re-alleged and incorporated as if fully set forth herein.

56. Answering Paragraph 56 of Plaintiff's Complaint, Defendant admits.

57. Answering Paragraph 57 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

58. Answering Paragraph 58 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

59. Answering Paragraph 59 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

60. Answering Paragraph 60 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

61. Answering Paragraph 61 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

62. Answering Paragraph 62 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

63. Answering Paragraph 63 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

64. Answering Paragraph 64 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

65. Answering Paragraph 65 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

**RESPONSE TO SECOND CAUSE OF ACTION: Retaliation (Title VII of the Civil Rights Act of 1964)**

66. Answering Paragraph 66 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-65 are re-alleged and incorporated as if fully set forth herein.

67. Answering Paragraph 67 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

68. Answering Paragraph 68 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

69. Answering Paragraph 69 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

70. Answering Paragraph 70 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

71. Answering Paragraph 71 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

**RESPONSE TO THIRD CAUSE OF ACTION: Discrimination on the Basis of Sex (Title VII of the Civil Rights Act of 1964)**

72. Answering Paragraph 72 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-71 are re-alleged and incorporated as if fully set forth herein.

73. Answering Paragraph 73 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

74. Answering Paragraph 74 of Plaintiff's Complaint, Defendant admits that Plaintiff is a female. As to every other allegation, Defendant denies.

75. Answering Paragraph 75 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

76. Answering Paragraph 76 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

77. Answering Paragraph 77 of Plaintiff's Complaint, Defendant denies each and every

allegation contained therein.

78. Answering Paragraph 78 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

79. Answering Paragraph 79 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

### RESPONSE TO FOURTH CAUSE OF ACTION: Hostile Work Environment Sex Harassment (Cal. Gov't Code section 12940(j))

80. Answering Paragraph 80 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-79 are re-alleged and incorporated as if fully set forth herein.

81. Answering Paragraph 81 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

82. Answering Paragraph 82 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

83. Answering Paragraph 83 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

84. Answering Paragraph 84 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

85. Answering Paragraph 85 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

86. Answering Paragraph 86 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

87. Answering Paragraph 87 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

88. Answering Paragraph 88 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

89. Answering Paragraph 89 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

90. Answering Paragraph 90 of Plaintiff's Complaint, Defendant denies each and every

allegation contained therein.

## FIFTH CAUSE OF ACTION: Discrimination on the Basis of Sex (Cal. Gov't. Code section 12940(a))

91. Answering Paragraph 91 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-90 are re-alleged and incorporated as if fully set forth herein.

92. Answering Paragraph 92 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

93. Answering Paragraph 93 of Plaintiff's Complaint, Defendant admits.

94. Answering Paragraph 94 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

95. Answering Paragraph 95 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

96. Answering Paragraph 96 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

97. Answering Paragraph 97 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

98. Answering Paragraph 98 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

## SIXTH CAUSE OF ACTION: Retaliation

99. Answering Paragraph 99 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-98 are re-alleged and incorporated as if fully set forth herein.

100. Answering Paragraph 100 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

101. Answering Paragraph 101 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

102. Answering Paragraph 102 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

1     103. Answering Paragraph 103 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

2     104. Answering Paragraph 104 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

3     105. Answering Paragraph 105 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

4     106. Answering Paragraph 106 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

## SEVENTH CAUSE OF ACTION: Failure to Prevent Harassment and Retaliation in the Workplace (Cal. Gov't Code section 12940(k))

107. Answering Paragraph 107 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-106 are re-alleged and incorporated as if fully set forth herein.

108. Answering Paragraph 108 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

109. Answering Paragraph 109 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

110. Answering Paragraph 110 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

111. Answering Paragraph 111 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

112. Answering Paragraph 112 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

113. Answering Paragraph 113 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

114. Answering Paragraph 114 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

115. Answering Paragraph 115 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

SPINELLI, DONALD & NOTT

11

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

**EIGHTH CAUSE OF ACTION: Constructive Discharge in Violation of Public Policy**

116. Answering Paragraph 116 of Plaintiff's Complaint, Defendant's answers to Paragraphs 1-115 are re-alleged and incorporated as if fully set forth herein.

117. Answering Paragraph 117 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

118. Answering Paragraph 118 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

119. Answering Paragraph 119 of Plaintiff's Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

120. Answering Paragraph 120 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

121. Answering Paragraph 121 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

122. Answering Paragraph 122 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

123. Answering Paragraph 123 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

124. Answering Paragraph 124 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

125. Answering Paragraph 125 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

126. Answering Paragraph 126 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

127. Answering Paragraph 127 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

**RESPONSE TO PRAYER FOR RELIEF**

Answering Plaintiff's Prayer for Relief contained within Plaintiff's Complaint:

1.  Defendant denies that Plaintiffs are entitled to the relief claimed therein.
2   Defendant denies that Plaintiffs are entitled to the relief claimed therein.
3.  Defendant denies that Plaintiffs are entitled to the relief claimed therein.
4.  Defendant denies that Plaintiffs are entitled to the relief claimed therein.
5.  Defendant denies that Plaintiffs are entitled to the relief claimed therein.
6.  Defendant denies that Plaintiffs are entitled to the relief claimed therein.
7.  Defendant denies that Plaintiffs are entitled to the relief claimed therein.

**AFFIRMATIVE DEFENSES**

128. AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Plaintiff has failed to exhaust the necessary administrative remedies prior to instituting this lawsuit and as such the Court lacks jurisdiction over those claims.

129. AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint does not state facts sufficient to constitute a cause of action against this answering Defendant.

130. AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action for attorneys fees.

131. AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint is barred in whole or part by the applicable statute of limitations in Code of Civil Procedure sections 335 through 343, and Government Code sections 12960 and 12965.

132. AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that at all times here relevant, plaintiff failed to mitigate her injuries and damages.

133. AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

PLAINTIFF'S COMPLAINT, this answering Defendant alleges that, if and to the extent that the allegations of the complaint attempt to enlarge upon the facts and contentions set forth in the claim, if any there were, filed by the plaintiff(s), said complaint fails to state a cause of action and violates Government Code Sections 905.2 and 911.2.

134. AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Plaintiff failed to mitigate the injury and damages pursuant to Government Code section 985.

135. AS AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Plaintiff's Complaint, and each alleged cause of action thereof, fails to state facts sufficient to constitute a cause of action for pre-judgment interest.

136. AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Plaintiff's Complaint, and each alleged cause of action thereof fails to state facts sufficient to constitute a cause of action for post-judgment interest.

137. AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint and each cause of action is barred and this Court is without jurisdiction as plaintiff has failed to exhaust her administrative remedies or satisfy the primary jurisdiction doctrine.

138. AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that any alleged adverse action against plaintiff as alleged in the Complaint, if any, was done so for a legitimate business reason/necessity.

139. AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the plaintiff may be barred by virtue of conduct causing the alleged damages under the doctrine of unclean hands.

140. AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint does not

state facts sufficient to constitute a cause of action in that it appears on the face of the Complaint that Plaintiff has inexcusably and unreasonably delayed the filing of said action to the prejudice of Defendants.

141. AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that during her employment, plaintiff was an at-will employee and could be terminated without cause.

142. AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that during the litigation of this matter, Defendant discovered evidence, which had it been known to Defendant at the time of Plaintiff's hiring or any time thereafter during her employment, would have required Defendant to deny her application for employment or terminate her immediately, thereby making all claims against this Defendant moot. Accordingly, Plaintiff's ability to recover for the claims for discrimination, harassment and retaliation, if any, shall be limited and shall not include reinstatement or future benefits.

143. AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that it is entitled to the protections of the avoidable consequences defense as set forth in *McGinnis v. Superior Court of Sacramento County* and any other defense based on the *McGinnis* and *Ellerth/Fargher* cases.

144. AS A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that at the time of the accident in question Plaintiff was acting within the course and scope of Plaintiff's employment and pursuant to the provisions of Labor Code section 3601, Plaintiff's exclusive remedy lies within the provisions of the Workers' Compensation law.

145. AS AN EIGTHTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that all causes of action are barred by the Doctrine of Laches.

146. AS A NINETEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint fails to state

facts sufficient to state a cause of action for punitive damages against Defendant.

147. AS A TWENTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Plaintiff was negligent in some percentage compared to that of Defendants, and said negligence contributed proximately to Plaintiff's injuries or damages.

148. AS A TWENTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that it is informed and believes, and thereon alleges, that the incidents alleged in the complaint and the resulting damages, if any, sustained by Plaintiff were proximately caused and/or contributed to by the negligence or strict liability of other parties, named or unnamed, and if it is found that this Defendant was negligent herein, then any recovery as against this Defendant should be reduced by the amount of negligence or strict liability of said other parties.

149. AS A TWENTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that in the event liability is found on the part of this answering Defendant, which liability is expressly denied, that said liability, if any, for non-economic damages shall be several only and shall not be joint and that said Defendant shall be liable only for the amount of non-economic damages allocated to said defendant in direct proportion to said defendant's percentage of fault.

150. AS A TWENTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAITNIFF'S COMPLAINT, this answering Defendant alleges that, because the Complaint is couched in conclusory terms, this answering Defendants cannot fully anticipate all affirmative defenses that may be applicable to the within action. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

151. AS A TWENTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant asserts that it is entitled to all benefits and remedies as to any medical bills claimed by Plaintiff as set forth in the California Supreme Court decision of *Howell v. Hamilton Meats & Provisions, Inc.* (2001) 52 Cal. 4th 541.

152. AS A TWENTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant asserts that all causes of action are barred by the Doctrine of Unclean Hands.

153. AS A TWENTY-SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that all causes of action are barred by the doctrines of waiver and estoppels.

154. AS A TWENTY-SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that all Causes of Action are barred by consent of Plaintiff.

155. AS A TWENTY-EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that at no time did Defendant, or its employees, take any adverse employment action against Plaintiff on the basis of any protected characteristic.

156. AS A TWENTY-NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Defendant and its employees and its independent contractors are informed and believe that any action or conduct toward Plaintiff was lawful, privileged, reasonable, justified, and made in good faith.

157. AS A THIRTIETH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Defendant promulgated anti-harassment and discrimination policies and procedures including complaint procedures in order to prevent harassment and discrimination.

158. AS A THIRTY-FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that the Complaint for damages on file herein, and each and every cause of action or count contained therein, fails to establish that there was a common course, custom or practice of discrimination against the Plaintiff based on any protected characteristic.

159. AS A THIRTY-SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Defendant

promptly investigated and responded to any of plaintiff's internal complaints and/or charges.

160. AS A THIRTY-THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that, based on the doctrine of avoidable consequences, Plaintiff's own conduct may bar and/or limit any recovery.

161. AS A THIRTY-FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that Defendant's conduct was privileged and lawful.

162. AS A THIRTY-FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT, this answering Defendant alleges that at no time did Defendant take any adverse employment action toward Plaintiff based on any protected characteristic.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial as to all claims for which trial by jury is proper.

## PRAYER

**WHEREFORE,** this answering Defendant prays that Plaintiff takes nothing by reason of her Complaint and that judgment be rendered in favor of Defendant, that Defendant be awarded the costs of the suit incurred in defense of this action, and for such other relief as the Court deems proper.

Dated: July 28, 2016

**SPINELLI, DONALD & NOTT**

By: /s/ Ross R. Nott
Ross R. Nott
Alison W. Winter
Counsel for Defendant,
**MONUMENT SECURITY, INC.**