Lathrop & Gage LLP
Phillip R. Maltin, Bar No. 153606
PMaltin@LathropGage.com
Stephen C. Franz, Bar No. 293958
SFranz@LathropGage.com
1888 Century Park East, Suite 1000
Los Angeles, California  90067-1623
Telephone:   310.789.4600
Facsimile:    310.789.4601

Attorneys for Defendant
RD/JET, LLC (erroneously sued as JETRO HOLDINGS, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N'KAYLA BARNES,<br><br>Plaintiff,<br><br>v.<br><br>MONUMENT SECURITY, INC. AND JETRO HOLDINGS, LLC,<br><br>Defendant. | Case No.  3:16-cv-03281-MMC<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

The undersigned, counsel of record for RD/JET LLC (erroneously named), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| **Party** | **Connection** |
|---|---|
| N'Kayla Barnes | Plaintiff |
| RD/JET, LLC | Defendant |
| Monument Security, Inc. | Defendant |

26223246v1

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 3:16-CV-03281-MMC

| | | |
|---|---|---|
| 1 | Nathan Kirsch | RD/JET, LLC |
| 2 | Lawrence Cohen | RD/JET, LLC |
| 3 | Clark Pager | RD/JET, LLC |
| 4 | Stanley Fleishman | RD/JET, LLC |
| 5 | Richard Kirschner | RD/JET, LLC |
| 6 | LGP (Leonard Green & Partners) | RD/JET, LLC |
| 7 | JRD Unico | RD/JET, LLC |

Dated:  September 7, 2016          Lathrop & Gage LLP

By: /s/ Phillip R. Maltin
Phillip R. Maltin
Stephen C. Franz
Attorneys for Defendant
RD/JET, LLC (erroneously sued as JETRO HOLDINGS, LLC)