Phillip R. Maltin, Bar No. 153606
PMaltin@LathropGage.com
Stephen C. Franz, Bar No. 293958
SFranz@LathropGage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623
Telephone: 310.789.4600
Facsimile: 310.789.4601

Attorneys for Defendant
RD/JET, LLC (erroneously sued as JETRO HOLDINGS, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N'KAYLA BARNES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MONUMENT SECURITY, INC. AND JETRO HOLDINGS, LLC, ,<br><br>　　　　Defendant. | Case No.  3:16-cv-03281-MMC<br><br>*[Assigned for all Purposes to Hon. Maxine M. Chesney]*<br><br>**STIPULATION FOR PARTIES TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hearing Date:  September 16, 2016<br><br>Hearing Time:  10:30 a.m.<br><br>Dept.:　　Courtroom 7 – 19th Floor |

**Stipulation To Request To Appear By Telephone At Initial Case Management Conference:**

**I.　The Parties**

　　Pursuant to Local Rule 16-10(a), all parties, through their counsel, enter into this stipulation:  Phillip R. Maltin, for Defendant RD/JET, LLC; John Briscoe, counsel for Plaintiff  N'Kayla Barnes; and Alison Winter, counsel for Defendant Monument Security Inc.  (Collectively the "Parties").

**II.　Order Requested**

26237327v1

STIPULATION FOR PARTIES TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT CONFERENCE 3:16-CV-03281-

The Parties stipulate and agree to this request that this Court permit them to appear telephonically at the Initial Case Management Conference scheduled for 10:30 a.m. on September 16, 2016.

### III. Good Cause

Mr. Maltin's office is located in Los Angeles, California. Mr. Briscoe's office is in Oakland, California. Ms. Winter's office is in Sacramento, California. Appearing by telephone is convenient for all counsel, and cost-effective for their Clients.

### IV. Stipulation

For all the reasons stated above, the Parties request this Court permit them to appear at the Initial Case Management Conference by telephone.

**It Is So Stipulated**

Dated:   September 9, 2016        LATHROP & GAGE LLP


By: /s/ Stephen C. Franz
    Stephen C. Franz
    Attorneys for Defendant
    RD/JET, LLC (erroneously sued as
    JETRO HOLDINGS, LLC)

Dated:   September 9, 2016        BURTON EMPLOYMENT LAW


By:/s/ John P. Briscoe
   John P. Briscoe
   Attorney for Plaintiff

**Lathrop & Gage LLP**
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

Dated: September 9, 2016                     SPINELLI, DONALD & NOTT


By: /s/ Alison W. Winter
    Alison W. Winter
    Attorney for Defendant
    Monument Security, Inc.


## ~~PROPOSED~~ ORDER

The Court, having reviewed the Parties' Stipulation to Appear Telephonically for the Initial Case Management Conference, and good cause appearing, orders as follows:

1. The Parties' stipulation is approved.
2. All parties are hereby DIRECTED to appear for the parties' September 16, 2016 case management conference telephonically at 10:30 a.m

**IT IS SO ORDERED**

Dated: <u>September 9</u>, 2016                  _/s/ Maxine M. Chesney_
                                               The Honorable Maxine M. Chesney