IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N'KAYLA BARNES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MONUMENT SECURITY, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-03281-MMC<br><br>**ORDER DIRECTING COUNSEL FOR DEFENDANT MONUMENT SECURITY TO FILE PROOF OF SERVICE OF MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 22 |

Before the Court is the "Notice of Motion and Motion for Leave of Court to Withdraw as Counsel of Record," filed October 19, 2016, by Spinelli, Donald & Nott ("Spinelli"), seeking leave to withdraw as counsel of record for defendant Monument Security, Inc. ("Monument").

"Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civil L.R. 11-5(a). Although Spinelli has submitted a declaration in which it implies the instant motion was served on Monument by mail on or about the date such motion was filed, (see Nott Dec. ¶ 6 ("I have confirmed the address to which this notice has been sent is . . . current . . . .")), the declaration contains no definitive statement to that effect.

Accordingly, Spinelli is hereby DIRECTED to file, no later than October 28, 2016,

proof of service of the above-referenced motion on Monument.[1]

**IT IS SO ORDERED.**

Dated: October 24, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] If a copy of the above-referenced motion was mailed to Monument on the date it was filed, any opposition must be filed no later than November 7, 2016; if the motion was mailed on a different date, any opposition must be filed no later than 17 days from the date of such mailing. See Civil L. R. 7-3(a) (requiring filing and service of opposition "not more than 14 days after the motion was filed" and extending deadline by 3 days if motion "was served pursuant to Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F)"); see also Fed. R. Civ. P. 6(a)(1)(C) (providing, when computing "any time period specified . . . in any local rule," if the last day of the period "is a Saturday, Sunday, or legal holiday, the period continues until the end of the next day that is not a Saturday, Sunday, or legal holiday").