AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

N'KAYLA BARNES

Plaintiff (s),

V.

MONUMENT SECURITY, INC., et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-CV-03281-MMC

Notice is hereby given that, subject to approval by the court, __MONUMENT SECURITY, INC.__ substitutes
(Party (s) Name)

__SPENCER SHORT__, State Bar No. __264419__ as counsel of record in
(Name of New Attorney)

place of __ROSS NOTT (RELIEVED BY ORDER OF THE COURT)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MONUMENT SECURITY, INC. |
| Address: | 4926 43RD STREET |
| Telephone: | (916) 564-4234    Facsimile (916) 564-0568 |
| E-Mail (Optional): | SSHORT@MONUMENTSECURITY.COM |

I consent to the above substitution.

Date: 1/13/17

_____
(Signature of Party (s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/13/17

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 23, 2017

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]