IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N'KAYLA BARNES,

        Plaintiff,

    v.

MONUMENT SECURITY, INC., et al.,

        Defendants.

Case No. 16-cv-03281-MMC

**ORDER EXTENDING MEDIATION COMPLETION DEADLINE**

The Court is in receipt of the Joint Status Report, filed April 21, 2017, in which the parties advise the Court that they have conducted some discovery, are endeavoring to reach a settlement, and, if they are "unable to resolve their dispute informally, . . . request to be referred to mediation." (See Joint Status Report, filed April 21, 2017, at 1-2.) As set forth in the Court's order directing the parties to file the above-referenced status report, however, the parties have already been referred to mediation, and missed the deadline for completion of that ADR process. (See Order, filed April 7, 2017.)

Accordingly, the parties are hereby DIRECTED to contact their assigned mediator to schedule their mediation, the completion deadline for which, in light of their efforts to resolve the matter informally, is hereby EXTENDED to June 30, 2017.

**IT IS SO ORDERED.**

Dated: April 24, 2017

MAXINE M. CHESNEY
United States District Judge