IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N'KAYLA BARNES,

    Plaintiff,

  v.

MONUMENT SECURITY, INC., et al.,

    Defendants.

Case No. 16-cv-03281-MMC

**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT RD/JET, LLC, ERRONESOULY SUED AS JETRO HOLDINGS, LLC**

    The Court having been advised that plaintiff has reached a settlement with defendant RD/JET, LLC, erroneously sued as Jetro Holdings, LLC ("RD/JET"),

    IT IS HEREBY ORDERED that plaintiff's claims against RD/JET are dismissed without prejudice, provided, however, that if any of said parties certifies to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

    **IT IS SO ORDERED.**

Dated: June 21, 2017

MAXINE M. CHESNEY
United States District Judge