Raines Feldman LLP
Phillip R. Maltin, Bar No. 153606
PMaltin@raineslaw.com
Stephen C. Franz, Bar No. 293958
SFranz@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: 310.789.4600
Facsimile: 310.789.4601

Attorneys for Defendant
RD/JET, LLC (erroneously sued as JETRO HOLDINGS, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N'KAYLA BARNES,<br><br>    Plaintiff,<br><br>v.<br><br>MONUMENT SECURITY, INC. AND JETRO HOLDINGS, LLC, ,<br><br>    Defendant. | Case No. 3:16-cv-03281-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

  The administrative motion of Defendant RD/JET, LLC (erroneously sued as "Jetro Holdings, LLC," hereinafter "Defendant") to seal documents was presented to this Court on August 2, 2017 pursuant to Local Civil Rules 7-11 and 79-5.

  NOW THEREFORE, IT IS HEREBY ORDERED that the Court finds that good cause exists for the filing of the following portion of the following document under seal:

| **Document** | **Portion to be Sealed** |
|---|---|
| Exhibit A of the Declaration of Stephen C. Franz in Support of Administrative Motion to Seal Documents ("Declaration | 1:27 between "of" and "('Settlement Amount')" |

of Stephen C. Franz in Support of Good Faith Settlement")

IT IS SO ORDERED.

Dated:      August  31 , 2017          By: /s/ Maxine M. Chesney
                                          Honorable Maxine M. Chesney